# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFOLUSO ADESANYA,<br><br>    Plaintiff,<br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 2:13-cv-05564(SDW)(SCM)<br><br>**ORDER**<br><br>June 5, 2017 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Defendant Novartis Pharmaceuticals Corporation's ("Novartis" or "Defendant") application for reasonable attorneys' fees and costs which seeks $1,789,566.30 from *pro se* Plaintiff Afoluso Adesanya ("Plaintiff"), $138,234.79 from Plaintiff's husband, Adenekan Hezekiah Adesanya ("Mr. Adesanya"), and an award of damages equal to $4,002,190.38 in connection to the dismissal of Plaintiff's claims and sanctions against Mr. Adesanya, and Plaintiff and Mr. Adesanya's Joint Motion to Stay this action pending appeal of this Court's August 15, 2016 Order to the Third Circuit Court of Appeals, and this Court, having carefully reviewed and considered the submissions of the parties, for the reasons stated in this Court's Opinion dated June 5, 2017,

**IT IS** on this 5th day of June 2017,

**ORDERED** that Defendant's application for reasonable attorneys' fees and costs is **GRANTED** with reductions; and it is further

**ORDERED** that Plaintiff shall pay $457,040.22 of the total fees and costs awarded; and it

is further

**ORDERED** that Mr. Adesanya shall pay $23,714.00 of the total fees and costs awarded; and it is further

**ORDERED** that Defendant's damages request for Counts One, Three, Four, Five, and Eight of Defendant's Counterclaims is **GRANTED** in the amount $1,393,918.23; and it is further

**ORDERED** that Plaintiff and Mr. Adesanya's Joint Motion to Stay is **DISMISSED AS MOOT**.

**SO ORDERED.**

                                        s/ *Susan D. Wigenton*
                                        **SUSAN D. WIGENTON**
                                        UNITED STATES DISTRICT JUDGE

Orig:      Clerk
cc:        Parties
             Magistrate Judge Steven C. Mannion