# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

AFOLUSO ADESANYA,

        Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

Hon. Susan D. Wigenton

Case No. 2:13-cv-05564(SDW)(SCM)

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

1. The plaintiff, Afoluso Adesanya, recovers nothing, the action be dismissed on the merits, and the defendant, Novartis Pharmaceuticals Corporation, recovers from the plaintiff, Afoluso Adesanya, the amount of $457,040.22 plus applicable post-judgment interest pursuant to 28 U.S.C. § 1961 as the total fees and costs awarded; and

2. The defendant, Novartis Pharmaceuticals Corporation, recovers from the plaintiff, Afoluso Adesanya, the amount of $1,393,918.23 plus applicable post-judgment interest pursuant to 28 U.S.C. § 1961 as the total damages awarded on Counts One, Three, Four, Five, and Eight of Defendant's Counterclaims.

The Court has further ordered that:

3. The defendant, Novartis Pharmaceuticals Corporation, recovers from Adenekan Hezekiah Adesanya, plaintiff Afoluso Adesanya's husband, the amount of $23,714.00 plus applicable post-judgment interest pursuant to 28 U.S.C. § 1961 as the total fees and costs awarded.

This action was decided by Judge Wigenton on motions for Summary Judgment and for Dismissal and Sanctions.

Date: June __, 2017

Hon. Susan D. Wigenton, U.S.D.J.