IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
2017 JUN 30 P 3 00

| | | |
|---|---|---|
| AFOLUSO ADESANYA | : | Hon. Susan D. Wigenton, U.S. D.J |
| Plaintiff, | : | Civil No. 2:13-cv-05564 |
| | : | CIVIL ACTION |
| v. | : | |
| NOVARTIS PHARMACEUTICALS CORPORATION (NPC) | : | |
| Defendant. | : | |
| | : | NOTICE OF AMENDED JOINT MOTION |

AMENDED JOINT MOTION FOR STAY OF COURT RULING AND ALL FURTHER PROCEEDINGS IN THIS CASE AS ENTERED IN D.E. 279 of June 5, 2017, pursuant to F.R.C.P 60(d)(1), and L. Civ. RULE 58.1(b), and to incorporate pending plaintiff uncontested motion to dismiss before court in D.E 263 and to also include reversal of the Judgement award dated June 21, 2017 (D.E. 281) in favor of defendant. This amended motion super cedes the initial motion for STAY dated June 21, 2017.

    TO: Novartis Pharmaceutical Corporation (Defendant)

    Represented by: John B. McCusker (Lead Attorney of record)

    MARC LAW FIRM,

    210 PARK AVENUE, SUITE 301,

1

07932.

**PLEASE TAKE NOTICE** that, that I the undersigned, Pro Se litigant along with the Non-party Pro Se, either individually or along with represented counsel, will make an application to the United States District Court for the District of New Jersey, for entry of an Order, for a stay of the court order and opinion entered on June 5, 2017 and a stay or reversal of execution of judgement award to defendant dated June 21, 2017 pending the outcome of an appeal filed to the Third Circuit Court of appeals.

**PLEASE TAKE FURTHER NOTICE THAT**, Plaintiff and Non-party will seek an order granting plaintiff pending but uncontested motion to dismiss in D.E. 263 which is hereby reincorporated into this motion.

**PLEASE TAKE FURTHER NOTICE** That Plaintiff and non-party, will rely upon the accompanying certification and brief of Afoluso Adesanya and Adenekan Adesanya in this application.

2

Respectfully Submitted

*Afoluso Adesanya*

Afoluso Adesanya

Pro Se Litigant

389, Highgate dr. Ambler, PA. 19002

Tel: 484-821-7233

Email: AALEGAL15@GMAIL.COM



*Adenekan Adesanya*

Adenekan Adesanya

3rd Non Party, Pro Se

389, Highgate dr. Ambler, PA. 19002

Tel: 484-821-7233

Email: AALEGAL15@GMAIL.COM          Dated June 27, 2017.

3